UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | PRISONER<br>CIVIL NO. 3:12CV1205 (AVC) |
| V. | : | |
| ANGEL QUIROS, ET AL. | : | JANUARY 3, 2013 |

## **APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for the defendants Angel Quiros, et al., in the above-captioned case, in both their official and individual capacities.

Dated at Hartford, Connecticut, this 3rd day of January, 2013.

 DEFENDANTS
 Angel Quiros, et al.

 GEORGE JEPSEN
 ATTORNEY GENERAL


 BY:_____/s/_____
  Steven M. Barry
  Assistant Attorney General
  110 Sherman Street
  Hartford, CT  06105
  Tel:  (860) 808-5450
  Fax:  (860) 808-5591
  E-Mail:  steven.barry@ct.gov
  Federal Bar #ct07825

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 3rd day of January, 2013:

Jason Goode #228240
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____/s/_____
Steven M. Barry
Assistant Attorney General