UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode<br>Plaintiff | Civil No. 3:12 cv-1205 (AVC) |
| vs. | |
| Quiros, et al<br>Defendants | March |

U.S. DISTRICT COURT
BRIDGEPORT, CONN
2013 MAR 23 P 1:16
FILED

## Plaintiff's Motion for An Order To Compel Discovery

Pursuant Rule 37 (a)(2) of the Fed. R. Civ. P. and Rule 37(a) of the Local Rules of Civil Procedure for the D. Conn.; Plaintiff moves this court for an order to compEl discovery from Defendant based on the information that follows:

1. On the 16th of January, 2013 Plaintiff mailed to Defendant <u>Plaintiff's first Request for Production of Documents And Tangible Things Addressed To Defendant Quiros</u> ; attached here to, along with: <u>Plaintiff's First Request To Defendant Sanders for Production of Documents And Things</u>, dated January 23, 2013 and <u>Plaintiff's</u>

First Request for Production of Documents And Tangible Things Addressed To Defendant B. Siwicki  also dated: January 23, 2013.

2. None of the aforementioned discovery requests were produced within a thirty day time frame.

3. Plaintiff has duly attempted to confer with counsel, as required under Local Rule 37(a), to resolve the non-compliance of disclosure by mailing counsel a letter dated February 25, 2013 attached hereto and which counsel has not provided a response to as of this date of this motion.

Substantiated by the foregoing reasons it is respectfully sought for that this honourable court order the defendant(s) to full disclosure of the above mentioned discovery requests

Plaintiff

2

<u>CERTIFICATION</u>

I hereby certify that a copy of the foregoing was mailed this 12th day of March, 2013 to:

Steve M. Barry
Assistant Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Plaintiff

Jason Goode
Northern Correction
Institution
P.O. Box 665
Somers, CT 06071

3