UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode, Plaintiff | Civil No. 3:12-CV-1205 (AVC) |
| v. | |
| Quiros, et al Defendants | March 12, 2013 |

FILED 2013 MAR 13 P 3:17 U.S. DISTRICT COURT BRIDGEPORT, CONN.

## Plaintiff's Memorandum In Support of Motion for An Order To Compell Discovery

Plaintiff submits the above-named memorandum in accordance with Rule 37(b)(1) of the Local Rules of Civil Proceedure for the District of Connecticut.

## STATEMENT OF CASE

On August 17, 2012 the court filed this complaint written by pro se plaintiff, Jason Goode, who was unreasonably subjected to excessive use of force by a correctional extraction team on September 14, 2009, while simultaneously being deliberately assaulted

when Plaintiff had been in a state of non-resistance, subsequently pepper sprayed without due justification, deliberately denied medication for a serious medical need, left chained up in a cell for approximately three days long after any alleged threat had transpired and was denied bathroom breaks while chained up, which had cause Plaintiff to urinate and defecate on himself.

An Initial Review was made in this case on October 31, 2012, ruling that this case would proceed

A 210 day timeframe for discovery was given in this action and of which defendants have failed, thus far, to comply with. See attached motion and following itemized list

### ITEMIZED LIST OF DISCOVERY REQUEST NOT Being Acknowledged

1) Plaintiff's first Request for Production of documents And Tangible Things Addressed To Defendant Quiros on

January 16, 2013. See enclosed copy of this discovery request for nature of the various requests contained therein.

<u>Reason needed</u>: No reason at this time to state for this discovery request as Defendant merely have failed to answer.

2) <u>Plaintiff's first Request for Production of Documents And Tangible Things Addressed To Defendant B. Siwicki,</u> dated January 23, 2013. See enclosed copy of this discovery request for the nature of the request found therein

<u>Reason needed</u>: Reason same as above.

3) Plaintiff first Request To Defendant Sanders for Production of Documents and Things, dated 23, 2013.

3

Enclosed is a copy as well of this request and what it seeks.

<u>Reason needed:</u>   No reason to state as Defendant has not provided any response.

Plaintiff
/s/ Jason Goode
Jason Goode

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 12th day of March, 2013 to

Steven M. Barry
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105-2294

Plaintiff
/s/ Jason Goode
Jason Goode

4