UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Goode,
 Plaintiff

Case No. 3:12 2013 APR -3 [illegible] JCH

U.S. DISTRICT COURT
BRIDGEPORT, CONN

v.

Quiros, et al.,
 Defendants

April 2, 2013

## Plaintiff Motion To Modify Scheduling Order

Pursuant to Rule 16(b)(4) of the Fed. R. Civ. P., plaintiff moves this court to alter the scheduling order set forth in the Initial Review Order in this action for the following reasons:

1. This honourable court issued its Initial Review Order to the parties in this action on October 31, 2012

2. Defendant was instructed to submitted an Answer within seventy (70) days from the date of the order; for parties to complete

SCANNED at and Emailed 4/3/13 date by [initials] 3 pages No.

discovery within 210 days from the date of the Order and for dispositive motions to be filed within eight months (240 days) from the date of the order.

3. Since the distribution of the Order, defendants have yet to file an Answer and respond to plaintiff's initial sets of discovery requests, which was ordered for defendants to respond to both on April 4th and April 5, 2013.

4. Defendant only appeared in this in this action as of January 3, 2013, thus, inhibiting the plaintiff to commence discovery at the earliest date proscribed by the Court.

5. Defendants actions described herein and reflected on the Civil Docket have considerably stalled the order and timely process of the Scheduling Order

6. Plaintiff proposes the following: that Discovery be completed by September 31, 2013 and Dispositive motions be filed by October 31, 2013.

Wherefor good cause shown in the preceding, plaintiff states that this court should grant this motion

Respectfully Submitted
Jason Green

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 2nd day of April, 2013 to:

Steven M. Bury
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Plaintiff
Jason Green