UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goods | Case No. 3:12-cv-01205-AVC |
| Plaintiff | |
| V. | |
| Quiros, et al., | April 11, 2013 |
| Defendant | |

FILED 2013 APR 15 P 2:28 U.S. DISTRICT COURT BRIDGEPORT, CONN

## Plaintiff's Motion for An Extension of Time To file A Response To Defendant's Motion To Dismiss

Pursuant to Rule 7(b) of the L. Civ. R. for the D. of Conn., plaintiff moves this court for a thirty (30) day extension of time from April 26, 2013 to May 26, 2013 to respond to Defendant's Motion To Dismiss for the following reasons:

1. Plaintiff is a segregated prisoner; classified as Administrative Segregation status since June of 2007 and is currently being housed at the Northern Correction Institution which does not have a law library for Administrative segregation inmates, making it much more

difficult for the plaintiff to freely litigate effectively.

2. The Inmates' Legal Assistance Program in Hartford, Connecticut has denied the plaintiff any assistance with litigating this action, which places an additional difficulty on the plaintiff.

3. Plaintiff has, at least, two other civil actions: Goode v. Bruno 3:10-cv-01734-SRU and Goode v. Warden, CV-12-4004896-S in the Superior court that plaintiff is litigating and is equally time-consuming.

This is plaintiff's first motion for an enlargement of time on this instant matter and is foreseen that it will be the only. Moreover, defendant's position cannot be ascertained at the time.

Plaintiff

2

Accordingly, the motion to extend time should be granted and the plaintiff should be allowed until May 26, 2013 to file a response in opposition to defendant's motion to dismiss.

*/s/ Jason Goode*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 11th day of April, 2013 to:

Steven M. Berry,
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Submitted by plaintiff:

*/s/ Jason Goode*
Jason Goode
#228240
Northern C.I.
P.O. Box 665, Somers, CT 06071

3