# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Goode  
   Plaintiff  

v.  

Quiros, ET.AL  
   Defendants

Case no. 3:12 CV 1205 (AVC)

April 21, 2013

**FILED 2013 APR 24 PM 2:49 U.S. DISTRICT COURT BRIDGEPORT, CONN**

## Plaintiff's Motion To Court for An Order To Have Defendants Issue Plaintiff A Copy Of Defendants' Motion for An Extension of Time To file Discovery Responses

Plaintiff, named in the above case-caption, respectfully moves this Court for an Order under Rule 5(b) of the F.R.C.P. for the actual and tangible production of service required by the aforesaid Rule.

On April 11, 2013, plaintiff recieved via electronic mailing service an Order

from this court, granting defendants motion for an extension of time within which to respond to discovery requests. (Document Number: 24)

However, plaintiff asserts that he <u>has not</u> recieved a physical copy of the defendants' motion as required by Rule 5(b) of the F.R.C.P., prior to the issuance of this order.

If plaintiff comes to be ordered to show cause for defendants' omission, he will.

Should the court deem such matter unnecessary, then the plaintiff respectfully request that this motion be granted

Submitted by plaintiff:
*[signature]*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this __21st__ day of April, 2013 to:

Steven Barry
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Plaintiff:

*[signature]*

Jason Goode #278240
Northern C.I.
287 Bilton Rd.
P.O. Box 665
Somers, CT 06071

3