UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode<br>Plaintiff | Case no. 3:12-cv-01205-AVC |
| v. | |
| Quiros, et al<br>Defendant | May 13, 2013 |

FILED 2013 MAY 20 P 4:27 U.S. DISTRICT COURT BRIDGEPORT, CONN.

## Plaintiff's Motion for Entry of Default

Pursuant to Rule 55a of the Federal Rules of Civil Procedure, plaintiff moves this court or clerk for an entry of default against defendant for failure to plead by the issuance of an Answer or otherwise defend the following remaining defendants: Angel Quiros, Stephan Faucher, Lauren Powers, David Anaya, John Donovan, Mike Jones, Marlone Massop, David Ortyl, Michael Pafumi, James Sharp, Brian Siwiki, and Tony Williams.

Plaintiff

/s/

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 13th day of May, 2013 to:

Steven M. Barry, A.A.G
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Plaintiff:
Jason Goode

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goode,
Plaintiff

Case no. 3:12 CV 1205 (AVC)

V.

Quiros, ET AL.
Defendants

May 13, 2013

## AFFIDAVIT OF Jason Goode

I, Jason Goode, being duly sworn, do hereby depose and say:

1. I am over the age eighteen and do believe in the obligation of an oath.

2. Defendants' Answer was due on February 17, 2013 but moved for an extension of time to file an Answer until April 5, 2013.

3. On April 5, 2013, however, defendant filed a Motion To Dismiss, naming therein only defendants Lawrence and Sanders in defense.

1

4. For the remaining defendants in this action, defendant-counsel has failed to plead or otherwise defend.

5. Defendant(s) is not an infant nor is presumably incompetent.

6. All costs and expenses and damages for physical injury to the plaintiff are in the amount of: $85,000.00 jointly from defendants

_____
Plaintiff-Affiant, Jason Goode

Subscribed to and Sworn to me before this 13th day of May, 2013

_____            _____
                                      Notary Public
                                      **JACQUELINE BACHAN**
                                      NOTARY PUBLIC
                                      MY COMMISSION EXPIRES 8/31/2016

2

## CERTIFICATION

I, the plaintiff hereby certifies that a copy of the foregoing was mailed this 13th day of May, 2013 to:

Steven M. Barry
Assistant Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105

Respectfully submitted
by Plaintiff:

Javon Grade #278246
Northern C.I.
287 Bilton Rd.
P.O. Box 665
Somers, CT 06071

3