# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode, Plaintiff | Case no. 3:12-cv-1205 (AVC) |
| v. | |
| Quiros, et al, Defendants | May 20, 2013 |

## Plaintiff's Renewed Motion for An Order To Compel Discovery

Pursuant to Rule 37(a) of the Fed. R. Civ. P. and Rule 37(a) of the Local Rules of Civil Procedure for the D. Conn., Plaintiff move this court for an order to compel discovery from defendant based on the information that follows:

1. Plaintiff, originally, on March 12, 2013, filed a motion for an order to compel discovery from defendants with this court. See document number 19.

2. Subsequently, defendant filed on April 26, 2013 a motion for enlargement of time to respond to discovery until May 13, 2013. See Document Number: 28.

3. As of the date of this motion, defendant(s) still have not produced the discovery responses to plaintiff's requests cited in plaintiff's initial motion for an order to compel discovery dated 3/12/13.

Wherefore, it is respectfully requested that this motion be granted.

Plaintiff:
Jason Gadd
#228240
Northern C.I.
P.O. Box 665
Somers, CT
06071

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 20th day of May, 2013 to:

Steven M. Barry
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Plaintiff:
_[signature]_

3

Northern C.I.
P.O. Box 665
Somers, CT 06071

May 20, 2013

Dear Clerk: please enter and file the enclosed by plaintiff in the action of Goode v. Quiros etal Case No. 3:12.cv1205 (AVC).

Sincerely,
Jason Goode