UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON GOODE,<br>  plaintiff, | :<br>:<br>: |
| v. | :  CASE NO. 3:12-cv-1205(AVC) |
| ANGEL QUIROS, et al.,<br>  defendants. | :<br>:<br>: |

### RULING AND ORDER

The plaintiff has filed two motions seeking an extension of the deadlines set in the initial review order and asking that the court order the defendants to send him a copy of their first motion for extension of time.

The initial review order required that the defendants' respond to the complaint by January 15, 2013, all discovery to be completed by June 7, 2013, and dispositive motions to filed by July 8, 2013. The plaintiff notes that the defendants failed to comply with the response deadline. The did not file their motion to dismiss until April 5, 2013, nearly four months after the deadline. The plaintiff's motion for extension of time [**Doc. #22**] is **GRANTED**. All discovery shall be completed by **September 30, 2013**, and any dispositive motions shall be filed by **October 31, 2013**.

The plaintiff states that he did not receive a copy of the defendants' first motion for extension of time. The plaintiff does not indicate that he contacted defendants' counsel for a

copy of the motion. Accordingly, the plaintiff's motion for an order that the motion be re-mailed to him [**Doc. #27**] is **DENIE**D as prematurely filed. The plaintiff should contact defendants' counsel for a copy of the motion. Counsel is advised to ensure that all motions are served on the plaintiff.

**SO ORDERED** at Hartford, Connecticut this 22nd day of May 2013.

/s/ Alfred V. Covello, USDJ
Alfred V. Covello
United States District Judge