# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Goode,
Plaintiff

Case no. 3:12-CV-01205 (AVC)

FILED
2013 MAY 31 P 1:44
US DISTRICT COURT
HARTFORD CT

V.

Quiros et al,
Defendants

May 29, 2013

## Plaintiff Motion for Pretrial Conference

Pursuant to Rule 16 of the F.R.C.P and Rule 16(a) of the L.Civ.R. for the D. of Conn., plaintiff move this court for such a Conference pursuant the aforesaid Rule(s) based on the following purposes.

A. The issued its Initial Review Order in the action on October 31, 2012 and had set forth clear deadlines for the completion of discovery and dispositive motions.

B. Defendant, approximately two months post the Initial Preview Order, entered his appearance on January 3, 2013. Since that date plaintiff has filed a number of motions pursuant to Rule 37 of the F.R.C.P. for defendant's non-compliance in failing to acknowledge plaintiff's discovery requests. Such motion are still pending with this honourable Court. In addition, defendant has not filed and served an Answer to the Complaint to plead or other defendant the remaining defendants in this case. In response to this failure, plaintiff filed a Motion for entry of default on May 13, 2013 with with the U.S. District Court Clerk.

C. On the 22nd of May, 2013, this court granted defendant's motion for extension of time in order (28). As stated in the preceeding paragraph, defendant has failed to acknowledge and produce the

sought-after discovery.

D. From the date of the Court's Initial Review Order: October 31, 2012, discovery was to be completed seven (7) months from the October date and eight (8) months for dispositive motions.

E. The parties in this case are very near — if not, at — the discovery deadline and nothing at this point insofar as discovery has been turned over by the defendants. Therefore, if in the Court's authority at this juncture, plaintiff sees it very much necessary that the Court grant this motion and hold a telephonic or by means of video a pretrial conference for case management and rescheduling of those dates already set forth in this case's Initial Review Order. As under Rule 16, such a conference will 1) discourage (or eliminate)

3

wasteful pretrial activities and, 2) expedite a disposition of the action.

Wherefore, the court should grant this motion.

Plaintiff:
_____
Jason Gaudi

Oral arguments are requested.

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 29th day of May, 2013 to:

Steven M. Barry
Assistant Attorney General
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105

By Plaintiff:

Jason Goode
#228240
Northern Corr. Inst.
P.O. Box 665
Somers, CT 06071

5