UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| Barde, Plaintiff | Case no. 3:12CV1205-AVC |
| --- | --- |
| v. | |
| Quiros, et al Defendants | June 5th, 2013 ev. |

## Plaintiff Motion for An Order To Compel Discovery

Pursuant to Rule 37(a) of the F.R.C.P and Local Rule 37 of the Local R. Civ. P. for the D. Conn., plaintiff move this court for an order to compel discovery from defendant based on the following:

1. On the 22nd of May, 2013 ev, plaintiff attempted to contact the defendants' counsel, Steven M. Barry in attempt to resolve his non-acknowledgment to the following discovery requests:

   (a) Plaintiff's first set of Interrogatories Addressed To

Defendant L. Powers, dated 4/17/13

(B) Plaintiff's second set of Interrogatories Addressed To Defendant W. Sander, dated 4/17/13

(C) Plaintiff's Third Request for Production of Documents Addressed To Defendant Quiros

2. As of the date of this motion, defendant has not given reply to plaintiff's correspondence dated May 22, 2013

3. As this mode of litigation is very much commonplace of the defendant, plaintiff sees it necessary and proper for the Court's intervention for an order compelling discovery.

Wherefore, this Court should grant this motion.

Plaintiff:
_/s/_

2

CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 5th day of June, 2013 ev, to:

Steven M. Barry
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

By Plaintiff:

Jason Goode
#278240

Northern C.I.
P.O. Box 665
Somers, CT
06071

3