# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| Garde, Plaintiff | Case No. 3:12-CV-1205-AVC |
| V. | |
| Quiros, Et Al Defendants | June 5, 2013 ev |

## Plaintiff's Memorandum In Support for An Order To Compel Discovery from Defendant

Plaintiff submits the above-named memorandum in accordance with Rule 37(b)(1) of the Local Rules of Civil Procedure for the District of Connecticut

## STATEMENT OF CASE

This action before the Court, entered on the docket August 17, 2012, claims the unlawful use of excessive force by various corrections officers

during a cell extraction; the denial and/or encouragement of a risk of harm to health by a contracted correction nurse and abuse of restraints by prolonging plaintiff confinement in them without due justification.

The Court made an Initial Review Order on October 31, 2012, ruling that the case before it would proceed.

<u>ITEMIZED LIST OF DISCOVERY REQUESTS NOT BEING ACKNOWLEDGED</u>

1) Plaintiff's Third Request for Production of Documents Addressed To Defendant Quiros dated April 17, 2013

See enclosed copy of this discovery request for nature of its contents

2) Plaintiff's First Request for Production of Documents And Tangible Things Addressed To Defendant L. Powers, dated April 17, 2013

See enclosed copy of above request for the nature of its contents.

3) Plaintiff's Second set of Interrogatories Addressed To Defendant W. Sanders, dated April 17, 2013

See enclosed copy of above request for nature of its contents

By Plaintiff:

*Jason Goode*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 5th day of June, 2013 to:

Steven M. Barry
Assistant Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

By Plaintiff:
_Jason Goode_
Jason Goode #227820
Northern Corr. Inst.
P.O. Box 665
Somers, CT 06071

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode, Plaintiff | Case no. 3:12-cv-1205-AVC |
| v. | |
| Quiros, et al Defendants | June ___, 2013 ev |

## AFFIDAVIT OF JASON GOODE

I, Jason Goode, being duly sworn states the following:

1. I am over 18 years of age and believe in the obligation of an oath.

2. I am the prisoner-plaintiff named in the above case-caption, making this affidavit.

3. For failing to acknowledge my discovery requests within the 30 day time frame set forth in the F.R.C.P., I attempted to contact defendants' counsel on

via mail on May 22, 2013 in order to resolve the issue.

4. As with other attempted contacts as urged by Rule 37 of the F.R.C.P., defendants' counsel has not replied to my letter dated: 5/22/13

I have the foregoing and it is all true and accurate to the best of my knowledge and recollection.

*Jason Goode*

Subscribed and sworn to before me this 3rd day of June, 2013 E.V.

JACQUELINE BASHAN
NOTARY PUBLIC
MY COMMISSION EXPIRES 01/31/2016

*Notary Public*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this ___ day of June, 2013 to:

Steven M. Berry
Assistant Attorney General
190 Sherman Street
Hartford, CT 06105

Plaintiff:

Jason Goode