UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Grade, Plaintiff | Case no. 3:12-cv-01205-AVC |
| v. | |
| Quiros, et al Defendants | June 5, 2013 e.v. |

FILED 2013 JUN -6 P 3:35 US DISTRICT COURT HARTFORD CT

## Plaintiff's Motion to Set Aside Newly Ordered Deadlines

Plaintiff respectfully move this court to vacate its recent order for the granting of newly extended deadlines to complete discovery and dispositive motion until it has heard and ruled on Plaintiff's Motion for a Pretrial Conference based on the following:

1) Plaintiff's motion to modify Scheduling Order resulting in the newly ordered discovery and dispositive deadlines was moved by plaintiff prematurely

and in ineptitude of general motion practice and law with respects to calculating time needed for discovery and preparation for dispositive motions.

2) Though the court, as of entry date 5/29/13 has given a due date of June 14, 13 in which defendant is to respond to plaintiff 2nd set of discovery requests, defendant still has not turned over any responses to plaintiff's initial set of discovery requests sent to defendant in January 2013, and which has consequently caused Plaintiff to file Plaintiff's Renewed Motion for an Order to Compel Discovery. See Document no. 33.

3. As stated in the pending Plaintiff Motion for Pretrial Conference, the deadlines for discovery and dispositive motions were initially given or set down in October 2012. Evidently, defendant has obviously ran

2

down the judicial clock in this case for nearly nine months without serving an iota of discovery to plaintiff.

4. In addition, with as many defendants there is in this action, there is no possible way that discovery and dispositive motion can be completed by these new deadlines when defendant is yet non-responsive to ~~defe~~ plaintiff requests.

5. Based on the above, plaintiff thinks it prudent for the court to set aside these newly ordered deadlines until the court rules on plaintiff's pending motion for Pretrial Conference.

Wherefore, the court should grant this motion.

Plaintiff:
*/s/ Jason Goode*
Jason Goode

3

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 5th day of June, 2013 to:

Steven M. Barry,
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Plaintiff:

/s/ Jason Goode
Jason Goode