UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | PRISONER<br>CIVIL NO. 3:12CV1205 (AVC) |
| V. | : | |
| ANGEL QUIROS, ET AL. | : | JUNE 11, 2013 |

### MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC, TO RESPOND TO DISCOVERY

Plaintiff brings this lawsuit against several Department of Correction defendants alleging excessive force and deliberate indifference in connection with a cell extraction. Plaintiff alleges that staff subjected him to excessive force and deliberate indifference under the Eighth Amendment.

The undersigned, on behalf of defendants Quiros, Saunders and Siwicki, respectfully requests an extension of time of sixty (60) days until July 12, 2013 to respond or object to plaintiff's interrogatories dated January 23rd and 16th.  Due to the undersigned's pending caseload and the need to confer with Corrections staff in preparing responses and objections, the undersigned requires this additional time in order to adequately prepare and file responses and objections from these defendants.  This is the defendants' third request for an extension of time with respect to this deadline.  As plaintiff is incarcerated and appears pro se, his position to this motion has not been ascertained.

**WHEREFORE**, it is respectfully requested that this motion be granted.

>                    DEFENDANTS
>                    Angel Quiros, et al.
>
>                    GEORGE JEPSEN
>                    ATTORNEY GENERAL
>
>
> BY:_____/s/_____
>                    Steven M. Barry
>                    Assistant Attorney General
>                    110 Sherman Street
>                    Hartford, CT  06105
>                    Tel:  (860) 808-5450
>                    Fax:  (860) 808-5591
>                    E-Mail:  steven.barry@ct.gov
>                    Federal Bar #07825

## CERTIFICATION

I hereby certify that on June 11, 2013, a copy of the foregoing <u>Motion for Extension of Time, Nunc Pro Tunc, To Respond To Discovery</u>, was filed electronically [and served by mail on anyone unable to accept electronic filing].  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing].  Parties may access this filing through the Court's system.

>                    _____/s/_____
>                    Steven M. Barry
>                    Assistant Attorney General