UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goode,
Plaintiff

v.

Quiros,
Defendant

Case no. 3:12 cv1205(AVC)

June 5, 2013

FILED 2013 JUN 10 PM 3:05
US DISTRICT COURT
HARTFORD

Plaintiff's Motion To Court
for Specification on
Ruling And Order

On 6/4/13, plaintiff recieved via the EFile Prisoner Prissran the Court's "Orders on Motions" (Document Number: 30).

Unclear of what the court meant because the Docket Text is obfuscated, substantially lacking what it is indicating, plaintiff respectfully ask the court to provide a detailed meaning of its Ruling AND ORDER to plaintiff in the event that plaintiff need to move under Rule 7(c) of the L. Civ. R.

Plaintiff:
[signature]

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 5th day of June, 2013 to

Steven M. Barry
Assistant Attorney General
110 Sherman St.
Hartford, CT 06105

Plaintiff:
Jason Goode