UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode<br>Plaintiff | Case No. 3:12cv 1205 (AVC) |
| v. | |
| Quiros, et Al.<br>Defendants | September 15, 2013 |

FILED 2013 SEP 16 P 12:24 US DISTRICT COURT HARTFORD CT

## Plaintiff's Motion For An Enlargement of Time to Complete Discovery

Plaintiff, on above entitled motion, request for an extension of time of 90 days from September 30th 2013 until December 31, 2013 for the following reasons:

1. Plaintiff recently, on 8-26-13, filed two separate motions to compel discovery for disputes therein. Contain in one of Defendants' responses (Defendant Quiros Responses to Plaintiff's First Request for Production of Documents & Things, dated January 16, 2013) Defendant agreed to allow

Plaintiff to view the video footage of the incident pertinent to this case but, this evidence has not yet been presented to Plaintiff. This is the basis of one of the motion.

2. Plaintiff is in the process of sending the defendant a correspondence to attempt to resolve

3. The Court's Initial Review Order for this case was given on 10/31/12 of which date discovery for the parties was to commence. However, not knowing the name of defendants' counsel, defendants' counsel did not file his appearance until 01/07/13, causing a two month delay in the discovery process.

4. In addition, further delaying discovery was the Defendants' "motion for Extension of Time for 60 days up to and including April 5, 2013 to file responsive pleading to complaint" entered by the clerk on 02/14/13 and Defendants' first motion for Extension of time until April 27, 2013 to Respond to Discovery.

5. On account of the excessive delays in this action, it is necessary and reasonable that a 90 day extension from 9-30-13 until 12-31-13 be granted to attempt to complete discovery in this action.

6. This is plaintiff's first extension for discovery.

Wherefore, the court should grant this motion.

Plaintiff:
*/s/ Jason Goode*

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on this 15th day of September, 2013, postage-prepaid to:

Steven M. Barry, AAG
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105

Plaintiff:
*/s/ Jason Goode*
Jason Goode