```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


JASON GOODE,                    :
   Plaintiff,                   :
                                :
     v.                         :   CASE NO. 3:12-cv-1205(AVC)
                                :
ANGEL QUIROS, et al.,           :
   Defendants.                  :
```

**RULING ON PLAINTIFF'S MOTIONS FOR RECONSIDERATION AND TO COMPEL**

The plaintiff, currently incarcerated, has filed a civil rights action pro se for use of excessive force and application of in-cell restraints by the defendants. Pending are the plaintiff's motions for reconsideration and to compel.

**I.   Motion for Reconsideration [Doc. #50]**

The plaintiff seeks reconsideration of the ruling granting the defendants' motion to dismiss some of the claims in the complaint.

A motion for reconsideration must be filed within fourteen days from the filing of the decision from which relief is sought. D. Conn. L. Civ. R. 7(c)1. Here, the plaintiff seeks reconsideration of the court's July 24, 2013 ruling. Any motion for reconsideration should have been filed by August 7, 2013. Instead, the plaintiff waited almost two months to file his motion. The motion for reconsideration is denied as untimely filed.

**II.   Motion to Compel [Doc. #52]**

The plaintiff moves to compel responses to two production requests and one set of interrogatories.  The discovery requests were served on August 2, 2013.  The plaintiff states that on September 4, 2013, he wrote to defendants' counsel seeking responses.  Counsel has not responded to the discovery requests, the plaintiff's letter or this motion.  The plaintiff's motion to compel is granted.  The defendants shall submit their responses to the three discovery requests referenced in the motion to compel within twenty days from the date of this order.

### Conclusion

The plaintiff's motion for reconsideration [**Doc. #50**] is **DENIED** as untimely filed.  The plaintiff's motion to compel [**Doc. #52**] is **GRANTED**.  The defendants shall respond to the three discovery requests referenced in the motion within **twenty (20) days** from the date of this order.

So ordered at Hartford, Connecticut this 20th day of November 2013.

```
            / s /
      Alfred V. Covello
      United States District Judge
```