```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


JASON GOODE,                         :
   plaintiff,                        :
                                     :
       v.                            :   CASE NO. 3:12-cv-1205(AVC)
                                     :
ANGEL QUIROS, et al.,                :
   defendants.                       :
```

### RULING ON PENDING MOTIONS

The plaintiff, currently incarcerated, has filed a civil rights action pro se for use of excessive force and application of in-cell restraints by the defendants.  Pending are the defendants' motions for extension of time to respond to discovery requests and the plaintiff's motions for entry of a revised scheduling order.

I.  Defendants' Motions for Extension of Time [Docs. #64 & #66]

The defendants have filed second motions for extension of time, until February 20, 2014, to respond to the plaintiff's October 21, 2013 Interrogatories and Requests for Production, and until March 14, 2014, to respond to the plaintiff's November 19, 2013 Requests for Admission.  The defendants' motions are granted.  The defendants shall serve their responses to the interrogatories and requests for production, on or before February 27, 2014, and the responses to the requests for

admission on or before March 14, 2014.

II. Plaintiff's Motions for Scheduling Order [Docs. #61 & #65]

The plaintiff asks the court to extend the discovery and dispositive motions deadlines in this case.  In support of his motion, the plaintiff states that the defendants have not yet responded to many of his discovery requests.  While that fact warrants extending the deadline to file dispositive motions until the discovery process has been completed, it does not demonstrate a need to extend the deadline to file new discovery requests.

The plaintiff's motions are granted to the extent that the deadline for filing dispositive motions is extended until May 20, 2014, in order to accommodate the extensions of time granted to the defendants to respond to outstanding discovery requests and enable the parties to resolve any discovery issues.

III. Conclusion

The defendants' motions for extension of time [**Docs. #64 & #66**] are **GRANTED**.  The defendants shall serve their responses to the requests for admission on or before **March 14, 2014**, and the responses to the interrogatories and requests for production on or before **February 27, 2014.**

The plaintiff's motions for scheduling order [**Docs. #61 & #65**] are **GRANTED in part.**  The deadline for filing dispositive

2

motions is extended until **May 20, 2014**.

So ordered this 25th day of February 2014.

```
                              _____/ s /_____
                              Alfred V. Covello
                              United States District Judge
```