Jason Goode
-Plaintiff-

-v-

Angel Quiros, et al.,
-Defendants-

Civil Case No.

3:12-CV-1205 (AVC)

March 30th, 2014

FILED
2014 APR -2 P 1:16
DISTRICT COURT
HARTFORD CT

## Plaintiff's Motion For Sanctions Against Defendants For Failure To Comply with Discovery

Pursuant To Fed. Rules 75(b), And 37(b)(2)(A) Through (C); The Plaintiff Respectfully Moves This Honorable Court To grant This Motion For [Sanctions] Against The Defendants Under The Sections Above For Failure To Comply with [Discovery Request] And [Court Orders] For The Following Reasons:

1. On January 7th, 2014 Honorable Judge Covello issued A Court Order Concerning Plaintiff's Motions To Compel And Extension of Time [Doc. #58 & #59] As Well As Defendants Motion of Extension of Time [Doc. #57 & #60];

2. Defendants Have Filed [Three (3)] Total Motions For Extensions And The Courts granted Them All.

The latest being [February. 19th 2014] and they requested a [three week] extension until [March. 14th 2014] which has long since expired;

3. The Plaintiff has tried to through [good faith efforts] to write the Defendants [many] times to receive the discovery request, but the Defendants have continuously failed to comply with such [good faith efforts] thus, Doc. #58 & #59 of the Plaintiffs;

4. The Defendants inactions to [produce] the said discovery is and will unavoidably prejudice the Plaintiff's case;

5. The Defendants have even shown a complete lack of respect for the Courts orders and the judicial process. All dispositive motions and production responses that were due [February. 7th 2014;

6. The Plaintiff asserts that he is within his rights to invoke this request to this Honorable Court to move for [sanctions] against the Defendants under the cited sections in this caption motion to assure that due process of law is meet and to deter the Defendants from [any] further

prejudicial acts in this matter or the future;

WHEREFORE, the plaintiff respectfully request that the motion be granted and sanctions imposed for the reason set out in this motion and in the interest of justice.

Plaintiff, Pro Se

_Jason Goode_
Jason Goode #228240
Corrigan Corr. Inst.
986 Norwich-New-
London Tpke,
Uncasville, Conn. 06382

## ORDER

It is hereby Ordered: Granted / Denied

_____.                _____.
Date                                                    Judge

## CERTIFICATION

It is hereby Certified that a copy was mail on March. 30. Th, 2014 To: Steve M. Barry, Assistant Attorney General, 110 Sherman Street, Hartford, Conn. 06105.

_Jason Goode_
Jason Goode #228240