UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JASON GOODE,
  plaintiff,

v.

ANGEL QUIROS, et al.,
  defendants.

CASE NO. 3:12-cv-1205 (AVC)

### RULING ON PLAINTIFF'S MOTION FOR SANCTIONS [Doc. #73]

The plaintiff has filed a motion for sanctions against the defendants for failure to comply with discovery requests and court orders. The plaintiff states that the court ordered the defendants to serve their discovery responses by March 14, 2014, but he has not received the responses. The motion is dated March 30, 2014.

The plaintiff is correct that the court can impose sanctions if the defendants fail to obey an order to provide discovery. Fed. R. Civ. P. 37(b)(2)(A). The record indicates, however, that on March 14, 2014 the court granted the defendants' third request for extension of time, until March 21, 2014, to respond to the discovery requests. In their memorandum in opposition to the motion for sanctions, the defendants states that they served the discovery responses on March 21, 2014. As the responses were timely served, sanctions are not warranted.

The plaintiff's motion for sanctions [**Doc. #73**] is **DENIED**.

**SO ORDERED** this 1st day of May, 2014.

/s/ Alfred V. Covello, USDJ
Alfred V. Covello, U.S.D.J.