UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goode,
  Plaintiff

vs.

Quiros, et al
  Defendants

Civil no. 3:12-cv-01205 (AVC)

FILED
2015 JAN 14 P 12:40
US DISTRICT COURT
HARTFORD CT

January 11, 2015

## Plaintiff's Update To Court On Settlement Discussions

This court, on December 5, 2014, gave the parties in this action instructions, in its order, to confer with each other for settlement purposes, all within a thirty-five (35) day time span and to inform this court of any such progress made. As ordered, plaintiff duly reports the following:

1. On the morning of the 7th of January 2015, plaintiff was successful in contacting assistant attorney general Barry via telephone from plaintiff's counselor's office.

2. A short, enumerated list of monetary and non-monetary demands were briefly discussed and, plaintiff believes from this conversation with Attorney Barry that an agreement to settle this action is feasible. However, it is Attorney Barry's wish to see if this can be achieved before the assigned magistrate in this action.

3. Upon closure of this discussion, Attorney Barry informed the plaintiff of his intent to notify the court of his desired arrangement.

4. Plaintiff has no objection to the above but intends to motion the court for limited appointment to counsel in order to facilitate an end to an agreement in this action.

Respectfully Submitted,
Plaintiff,
Jason Goode #228240

## CERTIFICATION

I, the plaintiff, hereby certifies that, pursuant Rule 5(d)(1) of the F.R.C.P., a copy of the foregoing was mailed this 11th day of January, 2015 to:

Steve M. Barry, agg
ATTORNEY GENERAL'S OFFICE
110 SHERMAN Street
Hartford, CT 06105

Plaintiff:

Jason Goode #228240
Corrigan Correction Center
986 New London-Norwich Turnpike
Uncasville, CT 06382