SCANNED at and Emailed 3/8/16 by H. MWCI 9 pages

Jason Goode
- Plaintiff -

-v-

Angel Quiros, et al.,
- Defendants -

Civil Number
3:12-CV-1205 (AVC)

March 8, 2016

## Motion For Final Pretrial Conference And Orders

Pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, the plaintiff respectfully moves this Honorable Court to grant this motion in the interest of justice and to set a trial plan and date.

In this matter settlement could not be reached between parties on November 6th, 2015 at a settlement conference. Since that date the defendants have not responded to any of the plaintiff's attempts to affect a settlement.

Pro Se, Plaintiff
By: Jason Goode

Jason Goose, #228240
MacDougall Corr. Inst.
1153 East Street South
Suffield, Conn. 06080

## ORDER

It is Hereby Ordered: GRANTED/DENIED

_____          _____
Date                                              Judge

## CERTIFICATION

I hereby certify that a copy was mailed via U.S. Mail to the Assistant Attorney General on this 8th day of March, 2016, to:

Steven Barry
Assistant Attorney General
110 Sherman Street
Hartford, Conn. 06105

Pro Se, Plaintiff
_Jason Goose_
Jason Goose, #228240