UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goode                          Civil no. 3:12-cv-01205 AVC

V.

Quiros, et al                  April 18, 2017

## Notice of Filing

Plaintiff, Jason Goode, named in the above case-caption asks this honourable court or clerk to take notice of the inconsistency in Documents 107 and 109 as the Docket Text in the former has denied the motion for Conference and that the court will schedule a Conference, if necessary, upon appearance of trial Counsel. Document 109 (Calender and Settlement Conference Order) filed 04/04/17 sets a date for Settlement Conference on 05/02/17. Please take the proper action to rectify inconsistency therein and issue further notice of such, if any.

Plaintiff

Jason Goode

Jason Goode  # 228270

SCANNED at NCI
and Emailed
4/17/17   by ☺   .  1  pages
date        initials    No.