Northern C.I
P.O. Box 665
Somers, CT 06071

April 18, 2017

Clerk's Office

United States District Court
United States Courthouse
450 Main Street
Hartford, CT 06103

Dear Clerk: I am the plaintiff in Goode v. Quiros, et al 3:12-CV-01205-AVC, Please take notice, again, of my change: Northern Correction Institution, P.O. Box 665, Somers Connecticut 06071

Sincerely,
Jason Goode

Jason Goode #228240
Northern C.I.
P.O. Box 665
Somers, Ct 06071



HARTFORD CT 061
20 APR 2017 PM 8 L

Clerk's Office
United States District Court
U.S. Court House
450 Main St.
Hartford, Ct 06103

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY