UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | |
|     Plaintiff | : | CIVIL ACTION |
| | : | NO: 3:12-CV-1205-AVC |
| V. | : | |
| ANGEL QUIROS, ET AL | : | |
|     Defendants | : | JULY 7, 2017 |

## RESPONSE TO MOTION FOR ORDER TO DIRECT COUNSEL TO CONTACT CLIENT

Appointed Counsel for the plaintiff, Jason Goode hereby responds to the plaintiff's Motion For Order to Direct Appointed Counsel to Contact Client as follows:

1. On June 29, 2017 counsel for the plaintiff, contacted Northern Correctional Institution to schedule a legal call with the plaintiff. Counsel was informed that he would need to speak with Counselor L. Vereen to schedule the call.

2. On June 29, 2017 a legal call was scheduled with the plaintiff, Jason Goode by Counselor Vereen. The call was scheduled to take place on July 6, 2017 at 11:00 a.m. The call would be made to counsel at 11:00 a.m. by the plaintiff.

3. On July 6, 2017 at 11:15 a.m. Counselor Vereen was contacted by plaintiff's counsel regarding the scheduled legal call and was informed that the plaintiff had cancelled the call.

4. On July 6, 2017 an additional legal call was scheduled with Counselor Vereen for Monday, July 10, 2017 at 10:30 a.m. to speak to the plaintiff.

DATED:  July 7, 2017

                                  Respectfully Submitted,
                                  Plaintiff
                                  **BY:** /s/ Albert V. Carocci ct05041
                                  Federal Bar No. CT05041
                                  816 Woodward Avenue
                                  New Haven, Connecticut
                                  Tel: 203-467-9000
                                  Fax: 203-467-9011
                                  E-Mail: albert@callcarocci.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

| | |
|---|---|
| Steven M. Barry | Jason Goode #228240 |
| Office of the Attorney General- Sherman | Northern C.I. |
| 110 Sherman Street | P.O. Box 665 |
| Hartford, Connecticut 06105 | Somers, Connecticut 06071 |
| Tel: (860) 808-5450 | |
| Fax: (860) 808-5591 | |
| steven.barry@ct.gov | |

                                  /s/   Albert Carocci                            .
                                **Albert Carocci  ct05041**