UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE, | : | PRISONER |
| | : | |
| Plaintiff, | : | No. 3:12-cv-01205 (JCH) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ANGEL QUIROS, et al., | : | |
| | : | |
| Defendants. | | JANUARY 30, 2018 |

**MOTION FOR RELIEF FROM APPOINTMENT AS *PRO BONO* COUNSEL**

Pursuant to Local Rules of Civil Procedure 7(e) and 83.10(g), the undersigned, Ryan S. Tougias, hereby moves for relief from appointment as *pro bono* counsel for plaintiff Jason Goode ("Plaintiff") in the above-captioned action. In support of this motion, the undersigned states as follows:

1. On December 28, 2017, the Court entered an order appointing the undersigned as *pro bono* counsel for Plaintiff in this action.

*2.* On January 14, 2018, the undersigned's wife gave birth and, as a result, the undersigned is taking a leave of absence from Day Pitney LLP.

3. The undersigned does not anticipate being able to devote attention to this action until April 2018 at the earliest and, therefore, it is in Plaintiff's best interest that alternate *pro bono* counsel be appointed.

4. Accordingly, good cause exists to relieve the undersigned from appointment as *pro bono* counsel for Plaintiff.

5. Based on the foregoing, the undersigned moves for relief from appointment as counsel for Plaintiff in this action.

-2-

6. The undersigned has provided Plaintiff with notice of this motion by first-class mail and by certified mail.

WHEREFORE, the Court should grant the undersigned's motion.

>By: /s/ Ryan S. Tougias
>Ryan S. Tougias (ct28830)
>Day Pitney LLP
>One Canterbury Green
>Stamford, CT 06901
>Phone: (203) 977-7300
>Fax: (203) 826-8940
>Email: rtougias@daypitney.com

-3-

## **CERTIFICATION**

      I hereby certify that on this date a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

:  */s/ Ryan S. Tougias*
    Ryan S. Tougias (ct28830)