UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | NO.: 3:12-CV-1205 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| QUIROS, et al. | : | APRIL 30, 2018 |

# WITHDRAWAL OF A P P E A R A N C E

Please enter the withdrawal of the appearance of ROSE LONGO-McLEAN, 51 Elm Street, New Haven, Connecticut 06510; Telephone: 203.562.9931; Facsimile: 203.776.9494; Email: r.l.mclean@johnrwilliams.com; Federal Bar No. ct28819.  Counsel was appointed on behalf of the plaintiff in this matter for settlement purposes only pursuant to court order. [Dkt. Entry # 144].

Based upon the Honorable Judge Richardson's order, dated April 27, 2018, settlement appears to be futile and the settlement conference has been cancelled. [Dkt. Entry # 148].

THE PLAINTIFF

BY:         /s/ *Rose Longo-McLean*
       ROSE LONGO-McLEAN
       Federal Bar No. ct28819
       51 Elm Street, Suite 409
       New Haven, CT 06510
       (203) 562-9931
       Fax:  (203) 776-9494
       E-Mail: r.l.mclean@johnrwilliams.com

CERTIFICATION OF SERVICE

On the date above stated, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/  *Rose Longo-McLean*
       ROSE LONGO-McLEAN