UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JASON GOODE | : |
|       Plaintiff, | : CIVIL ACTION NO. 3:12-CV-1205(JCH) |
| v. | : |
| QUIROS, ET AL., | : |
|       Defendants. | : MAY 24, 2018 |

## PROTECTIVE ORDER

1. The use of all videotapes/DVDs provided by defense counsel to plaintiff's counsel that shows or depicts any inmate and/or any part of the inside or outside of a Connecticut Correctional Institution shall consist of, and be limited to, disclosure to:

    a. Counsel of record for the named plaintiff and defendants;

    b. The paralegal, clerical and secretarial staffs employed by counsel referenced in section (a) above;

    c. The plaintiff, Jason Goode, in accordance with Paragraph 7 below;

    d. Experts, investigators, and consultants retained by counsel in connection with any litigation arising from this incident;

    e. This court;

    f. Any court reporter present in his or her official capacity at any hearing, deposition or other proceeding in this action; and

    g. Witnesses at deposition and trial.

2. That any person to whom the videotapes/DVDs are to be disclosed subject to the Protective Order shall be informed of the contents of the Protective Order prior to said disclosure and shall agree in writing, or by statement recorded in a written transcript of proceedings, to be bound by its terms; provided, however, that this

      Paragraph does not require the Court or any court reporter present in his or her official capacity at any hearing, deposition, or other proceeding in this action to agree to be bound by the terms of this Protective Order.

3. Plaintiff, his attorneys, agents, employees, and/or experts are expressly prohibited from copying said tape without prior written approval of the court and all copies of the videotapes/DVDs shall be returned to defense counsel at the conclusion of the case;

4. Any party may seek a modification of the Protective Order based upon a showing of good cause that the modification is necessary to further this pending court proceeding only.  In the event such a motion is made, the identity of any person to whom disclosure of information is sought shall be included within the motion, along with the reason or reasons that disclosure of protected information is necessary to advance this litigation.  Such disclosure of identity may be made to the court in camera.

5. Nothing in the order waives any party's right to object to the admissibility of the videotapes/DVDs at trial in this or any other proceeding.

6. Prior to filing said videotapes/DVDs with the court and/or moving for their introduction into evidence, both parties will jointly request that the videotapes/DVDs be filed under seal in accordance with the procedures set forth by Rule 5(e) of the Local Rules for the District of Connecticut.

7. Notwithstanding Paragraph 1 above, plaintiff himself may not receive or retain any original or copy of such videotapes/dvds, but plaintiff's counsel may review

such videotapes/dvds with the plaintiff with approval of the Department of Correction.

| | |
|---|---|
| PLAINTIFF – JASON GOODE | DEFENDANTS -- QUIROS, ET AL. |
| By:  /s/ Sarah Gruber<br>Matthew K. Curtin – ct27765<br>mcurtin@murthalaw.com<br>Sarah Gruber – ct29918<br>sgruber@murthalaw.com | By:  /s/ Steven M. Barry<br>Steven M. Barry -- ct07825<br>steven.barry@ct.gov |
| Murtha Cullina LLP<br>CityPlace I<br>185 Asylum Street, 29th Floor<br>Hartford, Connecticut 06103-3469<br>Telephone:  860.240.6000<br>Facsimile:   860.240.6150 | Assistant Attorney General<br>110 Sherman Street<br>Hartford, CT 06105<br>Tel.:  860.808.5450<br>Fax:  860. 808.5591 |

It is SO ORDERED.

By the Court   /s/ Janet C. Hall  5/24/2018

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:12-CV-1205(JCH) |
| v. | : | |
| QUIROS, ET AL., | : | |
| Defendant. | : | |

## AGREEMENT TO BE BOUND BY PROTECTIVE ORDER

I certify that I have carefully read the Protective Order in the above-captioned case and that I fully understand the terms of the Order. I recognize that I am bound by the terms of that Order, and I agree to comply with those terms.

_____
Name:

Dated this _____ day of _____, 20____.

9240894v1